Name MRS. DIANA LEE WALLACH LORRETZ
Street Address ᴍᴀɪʟɪɴɢ GENERAL DELIVERY
City and County SACRAMENTO
State and Zip Code CALIFORNIA 95812
Telephone Number 916.495.4089

**FILED**
MAR 0 9 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MRS. DIANA LEE WALLACH LORRETZ
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

U.S.A. AND OTHERS
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

MOTION TO BE A PRISONER FILING TORTURED WITHOUT PROPER FEDERAL LAWYERS ASSIGNED
**Complaint for a Civil Case**

Case No. 2:18 - CV - 0521 TLN CKD PS
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

MOTION TO BE A PRISONER FILING WITHOUT PROPER GOVERNMENT FEDERAL LAWYERS ASSIGNED, A TORTURED PRISONER MANY TIMES, AND MAYBE OUR MISSOURI GOVERNOR GRIETENS WAS ARRESTED AND INDICTED FEBRUARY TWENTYTHREE, 2018, WHILE THIS PLAINTIFF AND BROTHER ARE TORTURED IN SACRAMENTO THESE THREE YEARS 2016, 2017, 2018.
FRIDAY, MARCH NINE, 3:45PM, 2018; MRS. DIANA LEE WALLACH LORRETZ

Defendant No. 3

Name: FBI DIRECTOR CHRIS RAY
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 4

Name: FBI AGENT HEATHER BERGGY
Job or Title (if known):
Street Address:
City and County: PHOENIX, MARICOPA
State and Zip Code: ARIZONA
Telephone Number: 1 800 CALL FBI

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

3

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MRS. DIANA LEE WALLACH LOR BETZ |
| Street Address | WITH HUSBAND AND BROTHER, THEREFORE WHERE |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FBI DIRECTOR ROBERT MUELLER |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | FBI DIRECTOR JAMES COMEY |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

2

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE DEFENDANTS TRESSPASSED HUNDRED PERCENT NOLO'S LAW DICTIONARY DEFINITION.

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DEFENDANTS TRESPASSED HUNDRED PERCENT. PLAINTIFF REQUIRES HUNDRED PERCENT STUFF RETURNED TO ME INCLUDES MY THIRTY ONE RANCHERS, SEVENTY MILLION DOLLARS STOLEN GROSS EARNINGS AND OTHER, BUT TIME TO FILE IS OF THE ESSENCE UNDER DURESS OF CLOCK IN THIS CLERK OFFICE FOURTH FLOOR FEDERAL COURT, SAC, CA.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: FRIDAY MARCH NINE 2018.

Signature of Plaintiff   MRS. DIANA LEE WALLACH LORRETZ

Printed Name of Plaintiff   MRS. DIANALEE WALLACHLORRETZ

6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA LEE WALLACH LORRETZ,<br><br>Plaintiff,<br><br>v.<br><br>U.S.A. LAW ENFORCEMENT, et al.,<br><br>Defendants. | No. 2:18-cv-63-MCE-EFB PS<br><br><br><br>ORDER |

After this action was closed and judgment duly entered, *see* ECF Nos. 27, 28, plaintiff filed multiple miscellaneous motions, ECF Nos. 31-34, which are largely unintelligible. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: February 22, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE